**UNITED STATES OF AMERICA DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**LOUIS L. VINAGRO III**

[redacted] 05 345 T

**v.**

**Case No.**

**UNITED STATES OF AMERICA**
**INTERNAL REVENUE SERVICE**
**ROBERT BARONE, alias**
**MARIE A. BARONE**

## AFFIDAVIT OF NON-MILITARY SERVICE

**KNOW ALL MEN BY THESE PRESENTS** that the undersigned, having been duly affirmed under law, does hereby make affidavit and state that he has made investigation, and that at the present time and for at least six months preceding the present time, none of the named Defendants is or was in the Armed Forces of the United States of America within the meaning of the Soldiers and Sailors Civil Relief Act as amended; nor is any of them an infant nor an incompetent.

**IN WITNESS WHEREOF** he has set his hand and seal this 11th Day of August, 2005.

x

UPTON A. SAVOIE, Jr.

Signed and affirmed before me this 11th day of August, 2005.

**NOTARY PUBLIC**

**Com exp.** December 26, 2005