# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

LOUIS L. VINAGRO III :
Plaintiff :
:
vs. : Case No. 05-345 T
:
UNITED STATES OF AMERICA :
INTERNAL REVENUE SERVICE :
ROBERT BARONE, a/k/a R. ROBERT BARONE :
MARIE A. BARONE :
Defendants :

## ANSWER OF DEFENDANTS ROBERT BARONE AND MARIE A. BARONE

1. Admitted, except that the characterization "jointly and severally" is neither admitted nor denied.

2. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

3. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

4. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

5. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

6. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

7. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

8. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

9. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

10. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

11. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

12. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

13. Defendants deny that they have been unjustly enriched, and neither admit nor deny the remaining allegations.

14. Neither admitted nor denied, Defendants being without sufficient information to form a belief as to the truth of the allegation.

## AFFIRMATIVE DEFENSES

1. Accord and satisfaction.
2. Release.
3. Estoppel.
4. Laches.
5. Payment.

WHEREFORE, Defendants demand that the Complaint be dismissed and that judgment be entered in their behalf.

Defendants,
ROBERT BARONE and
MARIE BARONE
By their Attorneys,

Herbert F. DeSimone, Jr., #2657
DeSIMONE & LEACH
One Turks Head Place, Suite 1010
Providence, RI 02903
Tel. No. (401) 421-8200
Fax No. (401) 421-0677

**CERTIFICATION**

I hereby certify that on September 7 , 2005, I mailed a true copy of the within Answer, postage prepaid, to Upton A. Savoie, Jr. PC, 118 Gano Street, Providence, RI 02906.