UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LOUIS J. VINAGRO, III, )
)
Plaintiff, )
)
v. ) Civil No. 05-345T
)
UNITED STATES OF AMERICA, )
)
Defendant. )

UNITED STATES' ANSWER

The United States of America, by its undersigned counsel, hereby responds to the allegations in plaintiff's complaint as follows:

FIRST DEFENSE

Unless plaintiffs claim falls within the narrow exception outlined in ***Williams v. United States,*** 514 U.S. 527 **(1995),** he lacks standing to bring this action, the Court lacks jurisdiction over the matter, and there has been no waiver of sovereign immunity.

SECOND DEFENSE

Plaintiffs complaint fails to state a claim upon which relief may be granted.

ANSWERS TO NUMBERED ALLEGATIONS

1. Admits except is without information or knowledge sufficient to form a belief as to the truth of the allegations pertaining to plaintiffs current address.

2. Admits that the property at issue is at the address alleged but is without information or knowledge as to the truth of the assessor's plat and lot numbers.

3. Admits that Vinagro's attorney, Upton Savoie, Jr. did a title search that revealed federal tax liens against the property but is without information or knowledge

sufficient to form a belief **as** to the remaining allegations in paragraph 3.

4. Admits.

5. Admits.

6. Admits.

7. Admits that the IRS was contacted by Attorney Martineau and that it told Martineau that a balance of **$21,190.04** was due and owing. Is without information or knowledge as to the truth of the remaining allegations in paragraph 7.

8. Is without information or knowledge **sufficient** to form a belief as to the truth of the allegations contained in paragraph 8.

9. Admits Martineau contacted the IRS for the return of the **$21,190.04** but denies that the monies were paid in error.

10. Is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 8.

11. Denies that the IRS has admitted error. Admits it has not returned the **funds.**

12. Admits the allegations in paragraph **12** except denies that the IRS **wrongfully** demanded and received the funds.

13. Is without information or belief **sufficient** to form a belief as to the truth of the remaining allegations in paragraph 13.

14. Denies.

**WHEREFORE, the United States prays that the Court dismiss plaintiffs complaint and award it such other and further relief as the Court deems just.**

**ROBERT CLARK CORRENTE**
**United States Attorney**

Karen A. Smith

**KAREN A. SMITH**
**Trial Attorney, Tax Division**
**U.S. Department of Justice**
**Post Office Box 55**
**Ben Franklin Station**
**Washington, D.C. 20044**
**Telephone: (202) 307-6588**

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' ANSWER has been made this 24th day of October 2005, by placing a copy thereof in the United States mail, postage prepaid, addressed to:

UPTON A. SAVOIE, JR.
Attorney-at-Law
118 Gano Street
Providence, RI 02906

KAREN A. SMITH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6588