UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LOUIS L. VINAGRO, III, )
Plaintiff, )
v. ) Civil No. 05-345T
)
UNITED STATES OF AMERICA, )
Defendant. )

STIPULATED ORDER OF SETTLEMENT AND DISMISSAL OF CLAIMS AGAINST THE UNITED STATES WITH LEAVE TO REINSTATE TO EFFECTUATE SETTLEMENT

Plaintiff, Louis L. Vinagro, III, and Defendant, United States of America, by their undersigned counsel, hereby stipulate and agree as follows:

1. The United States will pay to Mr. Vinagro $21,190.04, plus interest as allowed under the Internal Revenue Code from November 4, 2002, pursuant to 26 U.S.C. § 6611(b)(2) and 6621(a)(1), within ninety days of the date this order is entered.

2. Each party shall bear its own costs and attorneys fees in this matter.

3. All claims Mr. Vinagro has asserted against the United States of America with respect to the issues involved in this suit are hereby dismissed with prejudice, subject only to the condition outlined in paragraph four, below.

4. Mr. Vinagro shall have a period of sixty days after the expiration of the ninety day period provided for in paragraph one of this Order during which he may move the Court to reinstate the action if the Internal Revenue Service fails to comply with the terms of the settlement.

*<u>/s/ Karen A. Smith</u>*
KAREN A. SMITH, Attorney
Tax Division, U.S. Dept. of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6588
Karen.A.Smith@usdoj.gov

*<u>/s/ Anthony R. Leone</u>*
ANTHONY R. LEONE, II, ESQ.
Leone Law, LLC
1536 Cranston Street
Cranston, RI 02920
(401) 383-8869
Leonelaw@cox.net

SO ORDERED.

Dated: ____________

________________________________
HONORABLE ERNEST C. TORRES
United States District Court Judge

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing STIPULATED ORDER OF SETTLEMENT AND DISMISSAL OF CLAIMS AGAINST UNITED STATES WITH LEAVE TO REINSTATE TO EFFECTUATE SETTLEMENT has been made this 16th day of March, 2007, through the Court's electronic filing system and/or by placing a copy thereof in the United States mail, postage prepaid, addressed to:

ANTHONY R. LEONE, II
LEONE LAW, LLC
1536 Cranston St.
Cranston, RI 0920

HERBERT F. DeSIMONE, ESQ.
DeSimone & Leach
One Turks Head Place
Suite 1010
Providence, RI 02903

s/ *Karen A. Smith*
KAREN A. SMITH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6588