UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 20 2007
Property of U.S. District Court
District of Rhode Island

LOUIS L. VINAGRO, III )
)
v. ) C.A. No. 05-345T
)
UNITED STATES OF AMERICA, )
INTERNAL REVENUE SERVICE, )
ROBERT BARONE, a/k/a R. ROBERT BARONE, )
MARIE A. BARONE )

**STIPULATED ORDER OF SETTLEMENT AND DISMISSAL OF CLAIMS AGAINST ROBERT BARONE, a/k/a R. ROBERT BARONE AND MARIE A. BARONE WITH LEAVE TO REINSTATE TO EFFECTUATE SETTLEMENT**

Plaintiff, Louis L. Vinagro, III, and defendants Robert Barone, a/k/a R. Robert Barone, and Marie A. Barone by their undersigned counsel hereby stipulate and agree to the following:

1. All claims Mr. Vinagro has asserted against Robert Barone, a/k/a R. Robert Barone, and Marie A. Barone with respect to the issues involved in this suit are hereby dismissed with prejudice, subject only to the provisions of paragraph 4 of the agreed-to stipulation between Mr. Vinagro and the United States of America.

Anthony R. Leone, II, #6069
Leone Law, LLC
1536 Cranston Street
Cranston, RI 02920
(401) 383-8869 (tel)
(401) 272-7764 (fax)

Herbert F. DeSimone, Jr. #2657
DeSimone & Leach
One Turks Head Place – Suite 1010
Providence, RI 02903
(401) 421-8200 (tel)
(401) 421-0677 (fax)

SO ORDERED.

Dated: 8/9/, 2007

The Honorable Ernest C. Torres
United States District Court Judge